Harold C. Lewis and Jill M. Lewis, Defendants/Appellants.

No. 63467.

Missouri Court of Appeals, Eastern District, Division Four.

March 8, 1994.

Charlotte SUMMERS, Petitioner/Respondent,

v.

James SUMMERS, Respondent/Appellant.

No. 62620.

Missouri Court of Appeals, Eastern District, Division One.

March 8, 1994.

Before GRIMM, P.J., CARL R. GAERTNER and AHRENS, JJ.

Michael T. Cady, St. Louis, for respondent/appellant.

John T. Allan, Clayton, for petitioner/respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Husband appeals that portion of the dissolution decree relating to the distribution of marital property. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. A written opinion would have no precedential value. Rule 84.16(b).